UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
VERONICA B. PATTERSON,

                        Plaintiff,

          -v-

ANDREW M. SAUL,
Commissioner of Social Security,

                       Defendant.
-----------------------------------------------------------X

20 **CIVIL** 4591 (SN)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated July 2, 2021, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, which will include the opportunity for a hearing on remand.

**Dated:** New York, New York
         July 2, 2021

                                            **RUBY J. KRAJICK**

                                            **Clerk of Court**
                 **BY:**
                                            **Deputy Clerk**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/2021